**CHIEF JUSTICE**
    ROGELIO VALDEZ

**JUSTICES**
    NELDA V. RODRIGUEZ
    DORI CONTRERAS GARZA
    GINA M. BENAVIDES
    GREGORY T. PERKES
    NORA L. LONGORIA

**CLERK**
    DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 5, 2015

Hon. Kevin Michael Givens
Supervising Attorney, ALR Appeals
Texas Department Of Public Safety
P. O. Box 15327
Austin, TX 78761-5327
* DELIVERED VIA E-MAIL *

Hon. Joseph A. Connors III
Attorney at Law
P. O. Box 5838
605 E. Violet, Suite 3
McAllen, TX 78502-5838
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00332-CV
Tr.Ct.No.  CL-14-1442-G
Style:     Texas Department of Public Safety v. Amir  Turcios


        Appellee's motion to correct dates in certificates of service and of filing in his most recent motion to enlarge time to file brief on direct appeal in the above cause was this day GRANTED by this Court.

                        Very truly yours,

                        Dorian E. Ramirez, Clerk

DER:ch